ROSENBERG, Respondent, v. HALPERT, Appellant. (Supreme Court, Appellate Divi-

sion, Second Department. March 24, 1911.) Action by Charles Rosenberg against Max Halpert. No opinion. Motion denied, on condition that the defendant perfect his appeal, place the case upon the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 136 App. Div. 890, 119 N. Y. Supp. 1143.